United States District Court
Southern District of Texas
**ENTERED**
May 28, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE HERNANDEZ, *et al.*, § | |
| § | |
| Plaintiffs. § | |
| § | |
| V. § | CIVIL ACTION NO. 4:23-CV-02748 |
| § | |
| ROHM AND HAAS CHEMICALS, § | |
| LLC, *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On January 30, 2024, Plaintiffs' Motion to Remand (Dkt. 10) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 20. Judge Edison filed a Memorandum and Recommendation on May 9, 2024, recommending the motion be **DENIED**. Dkt. 23.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 23) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2)   Plaintiffs' Motion to Remand (Dkt. 10) is **DENIED**.

It is so **ORDERED**.

SIGNED at Houston, Texas on May 28, 2024.

                                              GEORGE C. HANKS, JR.
                                          UNITED STATES DISTRICT JUDGE